NUMBER 13-04-347-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________________

DARIO GONZALEZ,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_____________________________________________________________________

On appeal from the 370th District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, DARIO GONZALEZ, perfected an appeal from a judgment entered by
the 370th District Court of Hidalgo County, Texas, in cause number CR-3706-03-G. 
On September 16, 2004, this cause was abated, and the trial court was directed to
conduct a hearing to determine why counsel failed to respond to this Court’s order. 
The trial court’s findings and recommendations were received on October 1, 2004. 
The trial court found that the appellant does not wish to prosecute his appeal.
         The Court, having considered the documents on file and the trial court’s findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 10th day of November, 2004.